PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 3:14-CR-00367- B (76) | | | |
| DOCKET NUMBER *(Rec. Court)* | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **Christian Perez** | DISTRICT Northen District of Texas | | DIVISION Dallas |
| | NAME OF SENTENCING JUDGE United States District Judge Jane J. Boyle | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/18/2025 | TO 07/17/2028 |

OFFENSE
Controlled Substance - Sell - Distribute - Or Dispense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision
Mr. Perez currently resides in Nevada and has no intention of returning to the Northern District of Texas.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 30, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 16, 2026
*Effective Date*

*United States District Judge*